UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TAMARAH KUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. |
| PARAGON STEEL ENTERPRISES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Paragon Steel Enterprises, LLC ("Paragon" or "Defendant"), hereby removes this action to the U.S. District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support thereof, Paragon states as follows:

1. On or about February 23, 2021, Plaintiff filed her Complaint in this action in DeKalb County Superior Court, Cause No. 17D01-2102-CT-000005. Defendant was served by certified mail with a copy of Plaintiff's Complaint and a Summons on March 1, 2021, copies of which are attached as Exhibit A. Defendant is timely filing this Notice of Removal within 30 days of service of the Complaint and Summons. 28 U.S.C. §1446(b).

2. Pursuant to 28 U.S.C. § 1331, this Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, Plaintiff alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq. which is a law of the United States. Removal is proper under 28 U.S.C. § 1331, and this Court has federal question jurisdiction.

1

3. Because this is a civil action of which the federal district courts have original jurisdiction founded on a claim or right arising under the laws of the United States, it is removable without regard to the citizenship or residence of the parties.  28 U.S.C. § 1441(b).

4. Venue is proper under 28 U.S.C. §1441(a) because the state court in which this action is pending is located in this District, and the Fort Wayne Division is the proper Division as this action originally was filed in DeKalb County, Indiana. 28 U.S.C. §94(b)(1).

5. Pursuant to 28 U.S.C. §1446(a), this Notice of Removal is accompanied by copies of the process, pleadings, and orders filed in the state court action to date attached hereto as Exhibit B.

6. Defendant files this Notice without waiving any defenses to Plaintiff's claims or conceding that Plaintiff has stated claims upon which relief can be granted.

7. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal promptly shall be filed with the Clerk of the DeKalb County Superior Court and served upon all parties.

WHEREFORE, Paragon Steel Enterprises, LLC requests that this Court accept this *Notice of Removal* and assume jurisdiction over this action for all further proceedings.

Respectfully submitted this 23rd day of March, 2021.

Respectfully submitted,

FROST BROWN TODD LLC

By: */ s / Toni M. Everton*
Toni M. Everton, #23916-49
Rebecca L. Loeffler, #25498-75
FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
*Attorney for Defendant Paragon Steel Enterprises, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2021, the foregoing document was filed electronically. I further certify that a copy of the foregoing was served via U.S. Mail, postage prepaid and via electronic mail to the following:

> Christopher C. Myers
> CHRISTOPHER C. MYERS & ASSOCIATES
> 809 South Calhoun Street
> Suite 400
> Fort Wayne, IN 46802
> cmyers@myers-law.com

>> */ s / Toni M. Everton*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
teverton@fbtlaw.com

LR00005.0736062   4811-4718-2304v2
3/23/2021